IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:13-CR-00252 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| WILLIAM SCOTT ELLIOTT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter comes before the Court on Defendant William Scott Elliott's Emergency Motion to Delay Self-Surrender to the Franklin County Jail for 48 Hours (Doc. 22). Defendant, the president and chief executive officer of Mariette Industrial Enterprises, Inc., was sentenced on April 8, 2014 to a term of two (2) days' incarceration (Doc. 19). Defendant alleges that he was informed on Friday, May 2, 2014, that he would be required to report to the Franklin County Jail on Tuesday, May 6, to serve his sentence. (Doc. 22 at 1). Defendant asserts that he has been negotiating a major contract with a potential customer and has been scheduled for over a month to meet with the customer on May 7, 2014. (*Id.*). Accordingly, Defendant asks the Court to issue an Order delaying the date on which he must report to jail for 48 hours, until May 8, 2014. (*Id.* at 2). The United States does not oppose this Motion.

For good cause shown, Defendant's Motion is hereby **GRANTED**. Defendant shall report to the Franklin County Jail on **May 8, 2014**.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

DATED: 4 May 2014